JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | NO. CR05-224-JCC |
| Plaintiff,                     ) | |
| vs.                            ) | ORDER ON STIPULATED MOTION |
|                                ) | TO CONTINUE PRETRIAL MOTIONS |
| THOMAS GREGORY SMITH,          ) | FILING DATE AND TRIAL DATE |
| Defendant.                     ) | |

THE COURT having considered the stipulation of the parties, the records and files herein, and the motion for continuance of pretrial motions date and trial date, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

//

//

[PROPOSED] ORDER ON STIPULATED MOTION TO CONTINUE
PRETRIAL MOTIONS FILING DATE AND TRIAL DATE - 1
(Thomas Gregory Smith CR05-224-JCC)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington
(206) 553-1100

IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed in this case is extended from June 30, 2005 until October 13, 2005 and the trial date is extended from August 1, 2005 to November 14, 2005.

IT IS FURTHER ORDERED THAT the time period between August 1, 2005 and November 14, 2005 is excludable time, pursuant to 18 U.S.C. § 3161(h)(8)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

DONE  this  1st  day of __July_,  2005.

_____
JUDGE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/Timothy R. Lohraff Bar No. 32145          s/Carl A. Colasurdo

  Attorney for Defendant Thomas Smith          Assistant United States Attorney

  Federal Public Defender's Office          (signature approved by phone)

  1601 Fifth Ave., Suite 700

  Seattle, WA   98101

  206/553-1100

  206/553-0120

  Tim_Lohraff@fd.org

[PROPOSED] ORDER ON STIPULATED MOTION TO CONTINUE
PRETRIAL MOTIONS FILING DATE AND TRIAL DATE - 2
(Thomas Gregory Smith CR05-224-JCC)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington
(206) 553-1100